No. 97–1127. HOTCHKISS *v.* SUPREME COURT OF THE UNITED STATES ET AL., 522 U. S. 1149;

No. 97–1198. MOORE *v.* CITY OF WESTMINSTER ET AL., *ante,* p. 1006;

No. 97–6862. IN RE ROWE, 522 U. S. 1106;

No. 97–7025. GILMOUR *v.* ROGERSON, WARDEN, ET AL., 522 U. S. 1122;

No. 97–7114. DIXON *v.* MARION POLICE DEPARTMENT ET AL., 522 U. S. 1125;

No. 97–7434. IN RE PEARSON, *ante,* p. 1003;

No. 97–7520. AL-AMIN *v.* SEITER, WARDEN, *ante,* p. 1026;

No. 97–7626. WASHINGTON *v.* DIESSLIN, WESTERN REGIONAL DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1029;

No. 97–7748. GRIFFIN *v.* CHARLOTTE MEMORIAL HOSPITAL AND MEDICAL CENTER ET AL., *ante,* p. 1030; and

No. 97–7809. HARTSELL ET AL. *v.* UNITED STATES, *ante,* p. 1030. Petitions for rehearing denied.

MAY 13, 1998

No. 97–1657. CONTINENTAL MICRONESIA, INC. *v.* NATIONAL MEDIATION BOARD ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

MAY 14, 1998

No. 97–8689 (A–817). MUNIZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

MAY 15, 1998

No. 97–288. LEWIS ET VIR, INDIVIDUALLY, AS PARENTS, AS NEXT FRIENDS, AND AS ADMINISTRATORS OF THE ESTATE OF